BRIAN P. BROOKS (S.B. #172151)
bbrooks@omm.com
ELIZABETH LEMOND MCKEEN
(S.B. #216690) emckeen@omm.com
JILLIAN B. ALLEN (S.B. #239197)
jallen@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 760-9600
Facsimile: (949) 823-6994

Attorneys for Defendant
OCWEN LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MERCEDES HERRERA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LCS FINANCIAL SERVICES CORPORATION and OCWEN LOAN SERVICING LLC,<br><br>　　　　　Defendants. | Case No. C09-02843 TEH<br><br>[PROPOSED] **ORDER RE: HEARING DATE AND BRIEFING SCHEDULE IN CONNECTION WITH DEFENDANT OCWEN'S MOTION TO DISMISS**<br><br>Ctrm:　12<br>Judge:　Hon. Thelton E. Henderson |

WHEREAS, the parties have stipulated pursuant to Local Rule 6-1(a) to extend Ocwen's deadline to file a response to the First Amended Complaint, up to and including October 26, 2009; and

WHEREAS, the parties have also stipulated to a hearing date and briefing schedule in connection with Ocwen's motion to dismiss, subject to approval by the Court;

**THEREFORE, IT IS HEREBY ORDERED** as follows:

/ / /

/ / /

NB1:784002.1

1 | The hearing on defendant Ocwen's motion to dismiss is set for December 21,
2 | 2009 at 10:00 a.m. in Courtroom 12.  Plaintiff's opposition is due on or before
3 | November 20, 2009; and defendant Ocwen's reply is due on or before December 4,
4 | 2009.

DATED: 10/02/09

Hon. Thelton E. Henderson
U.S. District Court

*Judge Thelton E. Henderson*