| | |
|---|---|
| 1 | BRIAN P. BROOKS (S.B. #172151) |
| | bbrooks@omm.com |
| 2 | ELIZABETH LEMOND MCKEEN |
| | (S.B. #216690) emckeen@omm.com |
| 3 | JILLIAN B. ALLEN (S.B. #239197) |
| | jallen@omm.com |
| 4 | O'MELVENY & MYERS LLP |
| | 610 Newport Center Drive, 17th Floor |
| 5 | Newport Beach, CA 92660 |
| | Telephone:  (949) 760-9600 |
| 6 | Facsimile:   (949) 823-6994 |
| 7 | Attorneys for Defendant |
| | OCWEN LOAN SERVICING, LLC |
| 8 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| MERCEDES HERRERA, | | Case No.  C09-02843 TEH |
| | Plaintiff, | [PROPOSED] **ORDER RE: HEARING DATE AND BRIEFING SCHEDULE IN CONNECTION WITH DEFENDANT OCWEN'S MOTION TO DISMISS** |
| v. | | |
| LCS FINANCIAL SERVICES CORPORATION and OCWEN LOAN SERVICING LLC, | | Ctrm:       12 |
| | Defendants. | Judge:      Hon. Thelton E. Henderson |

WHEREAS, the parties have stipulated pursuant to Local Rule 6-1(a) to extend Ocwen's deadline to file a response to the First Amended Complaint, up to and including October 26, 2009; and

WHEREAS, the parties have also stipulated to a hearing date and briefing schedule in connection with Ocwen's motion to dismiss, subject to approval by the Court;

**THEREFORE, IT IS HEREBY ORDERED** as follows:

/ / /

/ / /

NB1:784002.1

1  The hearing on defendant Ocwen's motion to dismiss is set for December 21,
2  2009 at 10:00 a.m. in Courtroom 12.  Plaintiff's opposition is due on or before
3  November 20, 2009; and defendant Ocwen's reply is due on or before December 4,
4  2009.

6  DATED: 10/02/09  _____
7  Hon. Thelton E. Henderson
   U.S. District Court

