BRIAN P. BROOKS (S.B. #172151)
bbrooks@omm.com
ELIZABETH LEMOND MCKEEN
(S.B. #216690) emckeen@omm.com
JILLIAN B. ALLEN (S.B. #239197)
jallen@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 760-9600
Facsimile: (949) 823-6994

Attorneys for Defendant
OCWEN LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MERCEDES HERRERA,<br><br>Plaintiff,<br><br>v.<br><br>LCS FINANCIAL SERVICES CORPORATION and OCWEN LOAN SERVICING LLC,<br><br>Defendants. | Case No. C09-02843 TEH<br><br>[PROPOSED] **ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Ctrm: 12<br>Judge: Hon. Thelton E. Henderson |

Pursuant to the Stipulation submitted by all parties requesting a continuance of the Case Management Conference from October 19, 2009 to January 25, 2010 at 1:30 p.m., or to such other date and time following the hearing(s) on defendants' motions to dismiss as ordered by the Court,

**IT IS HEREBY ORDERED** that the Case Management Conference is continued to February 1, 2010 at 1:30 p.m. in Courtroom 12.

DATED: 10/05/09

Hon. Thelton E. Henderson
U.S. District Court Judge

NB1:784072.1