|   |   |
|---|---|
| 1 | BRIAN P. BROOKS (S.B. #172151) |
|   | bbrooks@omm.com |
| 2 | ELIZABETH LEMOND MCKEEN |
|   | (S.B. #216690) emckeen@omm.com |
| 3 | JILLIAN B. ALLEN (S.B. #239197) |
|   | jallen@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 610 Newport Center Drive, 17th Floor |
| 5 | Newport Beach, CA 92660 |
|   | Telephone:  (949) 760-9600 |
| 6 | Facsimile:   (949) 823-6994 |

Attorneys for Defendant
OCWEN LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

MERCEDES HERRERA,

    Plaintiff,

v.

LCS FINANCIAL SERVICES CORPORATION and OCWEN LOAN SERVICING LLC,

    Defendants.

Case No.  C09-02843 TEH

[~~PROPOSED~~] **ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

Ctrm:     12
Judge:    Hon. Thelton E. Henderson

Pursuant to the Stipulation submitted by all parties requesting a continuance of the Case Management Conference from October 19, 2009 to January 25, 2010 at 1:30 p.m., or to such other date and time following the hearing(s) on defendants' motions to dismiss as ordered by the Court,

**IT IS HEREBY ORDERED** that the Case Management Conference is continued to February 1, 2010 at 1:30 p.m. in Courtroom 12.

DATED: 10/05/09

    Hon. Thelton E. Henderson
    U.S. District Court Judge

*Judge Thelton E. Henderson*

NB1:784072.1