Mark E. Ellis - 127159
Kimberly E. Lewellen - 243663
ELLIS, COLEMAN, POIRIER, LAVOIE,
& STEINHEIMER, LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ecplslaw.com
klewellen@ecplslaw.com

Attorneys for Defendants LCS FINANCIAL SERVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES HERRERA,<br><br>    Plaintiff,<br><br>v.<br><br>LCS FINANCIAL SERVICES CORPORATION and OCWEN LOAN SERVICING, LLC,<br><br>    Defendants. | Case No.: C09-02843 TEH<br><br>[~~PROPOSED~~] ORDER RE: HEARING DATE AND BRIEFING SCHEDULE IN CONNECTION WITH DEFENDANT LCS FINANCIAL SERVICES CORPORATION'S MOTION TO DISMISS.<br><br>Ctrm: 12<br>Judge: Hon. Thelton E. Henderson |

WHEREAS, the parties stipulated pursuant to Local Rule 6-1(a) to extend LCS FINANCIAL SERVICES CORPORATION's deadline to file a response to the First Amended Complaint, up to and including October 26, 2009; and

WHEREAS, the parties have also stipulated to a hearing date and briefing schedule in connection with LCS FINANCIAL SERVICES CORPORATION's motion to dismiss, subject to approval by the Court;

**THEREFORE, IT IS HEREBY ORDERED**, as follows:

////

////

////

////

- 1 -

[PROPOSED] ORDER RE: HEARING DATE AND BRIEFING SCHEDULE IN CONNECTION WITH DEFENDANT LCS FINANCIAL SERVICES CORPORATION'S MOTION TO DISMISS.

1    The hearing on defendant LCS FINANCIAL SERVICES CORPORATION's motion to dismiss
2  is set for December 21, 2009, at 10:00 a.m., in Courtroom 12.  Plaintiff's opposition is due on or
3  before November 20, 2009; and defendant Ocwen's reply is due on or before December 4, 2009.

4    Dated:    10/05/09



Hon. Thelton E. Henderson
U.S. District Court Judge

- 2 -

[PROPOSED] ORDER RE:  HEARING DATE AND BRIEFING SCHEDULE IN CONNECTION WITH DEFENDANT
LCS FINANCIAL SERVICES CORPORATION'S MOTION TO DISMISS.