IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MERCEDES HERRERA,

        Plaintiff,

v.

LCS FINANCIAL SERVICES CORPORATION and OCWEN LOAN SERVICING LLC,

        Defendants.

NO. C09-02843 TEH

ORDER VACATING HEARING

The December 21, 2009 hearing on the motions to dismiss filed by Defendants Ocwen Loan Servicing LLC and LCS Financial Services Corp. is hereby VACATED. Unless otherwise ordered, the matter will be deemed submitted on the papers.

**IT IS SO ORDERED.**

Dated: 12/18/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT