**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MERCEDES HERRERA,

                    Plaintiff,

          v.

LCS FINANCIAL SERVICES
CORPORATION and OCWEN
LOAN SERVICING LLC,

                    Defendants.

NO. C09-02843 TEH

ORDER VACATING HEARING

     The December 21, 2009 hearing on the motions to dismiss filed by Defendants Ocwen

Loan Servicing LLC and LCS Financial Services Corp. is hereby VACATED.  Unless

otherwise ordered, the matter will be deemed submitted on the papers.

**IT IS SO ORDERED.**

Dated: 12/18/09

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT