William E. Kennedy (CSB #158214)
LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, California 95050
(408) 241-1000 phone
(408) 241-1500 fax
willkennedy@pacbell.net

Chris Brancart (CSB #128475)
BRANCART & BRANCART
P. O. Box 686
Pescadero, CA 94060
(650) 879-0141 phone
(650) 879-1103 fax
cbrancart@brancart.com

Noah Zinner (CSB #247581)
HOUSING AND ECONOMIC RIGHTS ADVOCATES
P.O. Box 29435
Oakland, CA 94604-0091
(510) 271-8443 phone
nzinner@heraca.org

Attorneys for Plaintiff MERCEDES HERRERA and others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MERCEDES HERRERA<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LCS FINANCIAL SERVICES CORPORATION and OCWEN LOAN SERVICING LLC,<br><br>　　　　Defendants. | Case No.:C09-02843 TEH<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE<br><br>Date: February 22, 2010<br>Time: 1:30 p.m.<br>Courtroom 12<br>Judge: Hon. Thelton E. Henderson |

Good cause existing, the Court hereby grants plaintiff's request for permission to appear at the Case Management Conference by telephone scheduled for February 22, 2010.

IT IS SO ORDERED

Dated: 02/22/10



United States District Judge
Honorable Thelton E. Henderson

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE  2