1  William E. Kennedy (CSB #158214)
   LAW OFFICE OF WILLIAM E. KENNEDY
2  2797 Park Avenue, Suite 201
   Santa Clara, California 95050
3  (408) 241-1000 phone
   (408) 241-1500 fax
4  willkennedy@pacbell.net

5  Chris Brancart (CSB #128475)
   BRANCART & BRANCART
6  P. O. Box 686
   Pescadero, CA 94060
7  (650) 879-0141 phone
   (650) 879-1103 fax
8  cbrancart@brancart.com

9  Noah Zinner (CSB #247581)
   HOUSING AND ECONOMIC RIGHTS ADVOCATES
10 P.O. Box 29435
   Oakland, CA 94604-0091
11 (510) 271-8443 phone
   nzinner@heraca.org
12

13 Attorneys for Plaintiff MERCEDES HERRERA and others similarly situated

14

15                          **UNITED STATES DISTRICT COURT**

16                         **NORTHERN DISTRICT OF CALIFORNIA**

17                              **SAN FRANCISCO DIVISION**

18

19

20  MERCEDES HERRERA,                         ) **Case No.:C09-02843 TEH**
                                              )
21           Plaintiff,                       )
                                              ) [PROPOSED] **ORDER GRANTING**
22                                            ) **PLAINTIFF'S REQUEST TO**
         vs.                                  ) **APPEAR BY TELEPHONE AT CASE**
23                                            ) **MANAGEMENT CONFERENCE**
    LCS FINANCIAL SERVICES CORPORATION        )
24  and OCWEN LOAN SERVICING LLC,             ) Date: February 22, 2010
                                              ) Time: 1:30 p.m.
25                                            ) Courtroom 12
             Defendants.                      ) Judge: Hon. Thelton E. Henderson
26                                            )
                                              )
27  _____)

28

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE AT CASE
MANAGEMENT CONFERENCE                                                                          1

1
2   Good cause existing, the Court hereby grants plaintiff's request for permission to appear
3   at the Case Management Conference by telephone scheduled for February 22, 2010.
4
5   IT IS SO ORDERED
6   Dated: 02/22/10
7   _____
    United States District Judge
8   Honorable Thelton E. Henderson

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE                                                                     2