1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES HERRERA,<br><br>    **Plaintiff,**<br><br>  v.<br><br>**LCS FINANCIAL SERVICES CORPORATION and OCWEN LOAN SERVICING LLC,**<br><br>    **Defendants.** | **Case No. 09-cv-02843 THE**<br><br>**DISCOVERY MATTER**<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR PERMISSION TO FILE MOTION TO COMPEL |

    Based on plaintiff Mercedes Herrera's request for permission to file a motion to compel seeking further discovery responses from defendant Ocwen Loan Servicing LLC, and good cause appearing therefor, IT IS HEREBY ORDERED that plaintiff is granted permission to file her motion in accordance with Local Rule 7. ~~Counsel are directed to contact the clerk to obtain a hearing date.~~

    IT IS SO ORDERED.

    Dated: June 22, 2010.

_____
Hon. James Larson
US Magistrate Judge