1  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
2  Darrell W. Spence - 248011
   ELLIS, LaVOIE, POIRIER, STEINHEIMER,
3    & McGEE, LLP
   555 University Avenue, Suite 200 East
4  Sacramento, CA 95825
   Tel: (916) 283-8820
5  Fax: (916) 283-8821
   mellis@ellislawgrp.com
6  asteinheimer@ellislawgrp.com
   dspence@ellislawgrp.com
7
   Attorneys for Defendant LCS FINANCIAL SERVICES CORPORATION
8
9                        UNITED STATES DISTRICT COURT
10                      NORTHERN DISTRICT OF CALIFORNIA
11

12 | MERCEDES HERRERA, | Case No.: C09-02843 TEH |
13 | Plaintiff, | **NOTICE OF CHANGE OF LAW FIRM NAME** |
14 | v. | |
15 | LCS FINANCIAL SERVICES CORPORATION and OCWEN LOAN SERVICING, LLC, | |
16 | Defendants. | |

19  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

20       PLEASE TAKE NOTICE the firm previously known as ELLIS, COLEMAN, POIRIER,
21  LaVOIE & STEINHEIMER, LLP is now ELLIS, LaVOIE, POIRIER, STEINHEIMER, & McGEE,
22  LLP. The previous e-mail address of www.ecplslaw.com has also changed to www.ellislawgrp.com as
23  of July 1, 2010. All other contact information shall remain the same.

24  Dated: June 30, 2010

25                                          ELLIS, LaVOIE, POIRIER, STEINHEIMER,
                                              & McGEE, LLP
26
                                            By  /s/ Mark E. Ellis
27                                              Mark E. Ellis
                                                Attorney for Defendant
28                                              LCS FINANCIAL SERVICES CORPORATION

- 1 -

NOTICE OF CHANGE OF LAW FIRM NAME

# CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On 7-1-10, I served the following document(s) on the parties in the within action:

**NOTICE OF CHANGE OF LAW FIRM NAME**

| | | |
|---|---|---|
| X | **VIA ELECTRONIC SERVICE:** The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: | |

| | |
|---|---|
| William E. Kennedy<br>Law Offices of William E. Kennedy<br>2797 Park Avenue<br>Suite 201<br>Santa Clara, CA 95050 | Attorneys for<br>PLAINTIFF MERCEDES HERRERA |
| Christopher Brancart<br>Brancart & Brancart<br>P.O. Box 686<br>Pescadero, CA 94060 | Attorneys for<br>PLAINTIFF MERCEDES HERRERA |
| Noah Zinner<br>Housing and Economic Right Advocate<br>P.O. Box 29435<br>Oakland, CA 94604 | Attorneys for<br>PLAINTIFF MERCEDES HERRERA |
| Elizabeth Lemond McKeen<br>O'Melveny & Myers, LLC<br>610 Newport Center Drive<br>17th Floor<br>Newport Beach, CA 92660 | Attorneys for<br>DEFENDANT OCWEN LOAN SERVICING, LLC |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on 7-1-10.

By _____
Jennifer E. Mueller

NOTICE OF CHANGE OF LAW FIRM NAME