IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES HERRERA,<br><br>                  Plaintiff,<br><br>        v.<br><br>LCS FINANCIAL SERVICES CORPORATION, et al.,<br><br>                  Defendants. | NO. C09-2843 TEH<br><br><u>ORDER APPOINTING SPECIAL<br>MASTER FOR DISCOVERY</u> |

      At the January 24, 2011 case management conference, it became apparent to the Court that Plaintiff and Defendant Ocwen Loan Servicing, LLC, are unable to complete discovery in an expeditious manner. Accordingly, the Court referred all outstanding issues concerning the so-called "second set" of class certification discovery to a special master. With good cause appearing, IT IS HEREBY ORDERED that:

      1.     Edward Swanson, Esq., of Swanson & McNamara, LLP, is appointed as Special Master to supervise and preside over issues relating to the "second set" of class certification discovery.

      2.     The Special Master's hourly fee shall be $500.00. The Special Master shall, in his discretion, allocate and assess the payment of his fees among the parties. The parties shall pay the Special Master's fees within ten calendar days of assessment, unless otherwise excused by the Special Master or this Court.

      3.     At his earliest convenience, the Special Master shall contact the parties to discuss the execution of his duties in connection with this order. If a dispute arises prior to

//
//
//

1 | the Special Master's initial contact, the parties may reach the Special Master's office by
2 | telephone at (415) 477-3800.

**IT IS SO ORDERED.**

Dated: 1/25/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT