1  BRIAN P. BROOKS (S.B. #172151)
   bbrooks@omm.com
2  ELIZABETH LEMOND McKEEN
   (S.B. #216690) emckeen@omm.com
3  DANIELLE N. OAKLEY (S.B. #246295)
   doakley@omm.com
4  O'MELVENY & MYERS LLP
   610 Newport Center Drive, 17th Floor
5  Newport Beach, CA 92660
   Telephone:  (949) 760-9600
6  Facsimile:   (949) 823-6994

7  Attorneys for Defendant
   OCWEN LOAN SERVICING, LLC
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| MERCEDES HERRERA, | Case No.  C09-02843 TEH |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER RE: STIPULATION TO SET BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |
| v. | |
| LCS FINANCIAL SERVICES CORPORATION and OCWEN LOAN SERVICING LLC, | |
| | Ctrm:   2, 17th Floor |
| | Judge:  Hon. Thelton E. Henderson |
| Defendants. | |

WHEREAS, the parties have stipulated pursuant to Local Rule 6-2 to extend the parties' briefing deadlines for Plaintiff's Motion for Class Certification and to set the hearing on a date agreeable to both parties; and

WHEREAS, the parties' stipulated briefing schedule is beneficial to both parties and does not require any resulting alterations of any other deadlines in the above-captioned action;

/ / /

/ / /

/ / /

1
2    **THEREFORE, PURSUANT TO STIPULATION, IT IS HEREBY
     ORDERED** as follows:
3
4    Defendant Ocwen Loan Servicing LLC's ("Ocwen's") opposition to plaintiff
     Mercedes Herrera's Motion for Class certification shall be due on or before
5    March 23, 2011.
6
     Plaintiff's reply in support of her Motion for Class Certification shall be due
7    on or before April 13, 2011.
8
     The hearing on plaintiff's Motion for Class Certification shall occur on
9    May 2, 2011 at 10:00 a.m.
10
11   It is SO ORDERED.
12
13   DATED:  03/01/2011
14                                              Hon.
15                                              U.S. Judge Thelton E. Henderson
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -