William E. Kennedy (CSB #158214)
LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, California 95050
(408) 241-1000 phone
(408) 241-1500 fax
willkennedy@pacbell.net

Christopher Brancart (CSB #128475)
BRANCART & BRANCART
PO Box 686
Pescadero, California 94060
(650) 879-0141 phone
(650) 879-1103 fax
cbrancart@brancart.com

Noah Zinner (CSB #247581)
HOUSING AND ECONOMIC RIGHTS ADVOCATES
PO Box 29435
Oakland, California 94604
(510) 271-8443 phone
(510) 868-4521 fax
nzinner@heraca.org

Attorneys for plaintiff Mercedes Herrera
and others similarly situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **MERCEDES HERRERA,** | ) Case No. 09-cv-02843 TEH |
| **Plaintiff,** | ) **DECLARATION OF MERCEDES HERRERA** |
| v. | ) |
| **LCS FINANCIAL SERVICES CORPORATION and OCWEN LOAN SERVICING LLC,** | ) |
| **Defendants.** | ) |

I, Mercedes Herrera, declare as follows:

1.     I am the plaintiff in this case and seek to serve as the representative of the class.     I make this declaration based on my personal knowledge.

1       2.     Defendant Ocwen asserts that I did not "owner-occupy" the residence

2  at 38623 Cherry Lane # 117 in Fremont, CA.   This assertion is false.  As I

3  testified in my deposition,  38623 Cherry Lane #117  was my home from the date I

4  purchased it up until the date I was forced to vacate after the property was

5  foreclosed.   I moved into the condo at 38623 Cherry Lane # 117 in October 2005,

6  after I purchased it, and lived there continuously until July 4, 2008.   During that

7  period of time, it was my home and I had no other residence.

8       3.     On or about June 16, 2008, I received a "Three Day Notice to Quit,"

9  "To: Mercedes Herrera, an unmarried woman 38623 Cherry Ln. #117, Fremont,

10  CA 94536."   It was signed by an attorney, Edward Treder.   It required that I

11  move from my home following the foreclosure.  A true and correct copy of the

12  Three Day Notice is attached as exhibit 1.  I wanted to avoid an eviction and

13  agreed to relocate.   My attorney contacted Mr. Treder by letter, dated July 2,

14  2008, confirming that I would relocate from my home at 38623 Cherry Ln. #117

15  during the 4th of July weekend, in 2008.   A true and correct copy of Mr.

16  Brancart's letter to Mr. Treder is attached as exhibit 2.

17       4.     While I resided at 38623 Cherry Ln. #117 I received my mail there.

18  For example, attached hereto as exhibit 3 is a true and correct copy of my 2005,

19  2006 and 2007 W-2s, showing my home address as 38623 Cherry Lane #117,

20  Fremont, CA 94536-4233.  Exhibit 4 is a true and correct copy of my "Thrift

21  Savings Plan Annual Participant Statement" for the year 2007, showing my home

22  address as 38623 Cherry Lane #117, Fremont, CA 94536-4233.  Exhibit 5 is a true

23  and correct copy of my Life Insurance statements dated August 31, 2006 and

24  August 31, 2007, showing my home address as 38623 Cherry Lane #117, Fremont,

25  CA 94536-4233.  Exhibit 6 is a true and correct copy of a letter from my

26  employer, the United States Postal Service, dated February 13, 2008, showing my

27  home address as 38623 Cherry Lane #117, Fremont, CA 94536-4233.  Exhibit 7 is

28  a true and correct copy of my Social Security Statements, dated June 29, 2006,

1  July 3, 2007 and July 2, 2008, showing my home address as 38623 Cherry Lane

2  #117, Fremont, CA 94536-4233.   Exhibit 8 is a true and correct copy of my

3  Personal Statement of Benefits from my employer for the year 2007, showing my

4  home address as 38623 Cherry Lane #117, Fremont, CA 94536-4233.  Exhibit 9 is

5  a true and correct copy of my miles statement from American Airlines, dated

6  March 22, 2008, showing my home address as 38623 Cherry Lane #117, Fremont,

7  CA 94536-4233.  Exhibit 10 is a true and correct copy of the envelope from a

8  letter I received from J. Jarvis, dated March 19, 2007, showing my home address

9  as 38623 Cherry Lane #117, Fremont, CA 94536-4233.

10        5.     Defendant Ocwen implies that I did not occupy 38623 Cherry Lane

11  #117, Fremont, CA 94536-4233 because Ocwen asserts that their employees

12  unsuccessfully attempted to contact me at that address via telephone calls and

13  some "doorknocks" during the period from December 17, 2007 to February 26,

14  2008.   As previously stated, during this period of time my condo at 38623 Cherry

15  Lane #117 was my home which I occupied as my residence.  A review of the

16  records attached by Ocwen shows that its phone calls and "doorknocks" came at

17  times and dates that I was either at work or out of the country.

18        6.     During the time period, (and before and since), I worked at the Post

19  Office in Pescadero, California.  During this time period, I usually worked six

20  days per week.  The only day I did not work was on Sunday.  I had a long

21  commute from Fremont to Pescadero, which is located on the southern coast of

22  San Mateo County.   My commute was at least one and half hours each way.

23  Every work day, I left my house by 6 a.m., arriving at work at around 7:30 a.m. to

24  get ready to open the post office.  I left work at around 5:30 pm.  I arrived home

25  no earlier than 7:00 p.m., often later if I stopped to see my daughter or to shop.   I

26  did not have an answering machine on my home phone and did not answer the

27  home phone at night, relying instead on my cell phone.  My mother, who lived

28  with me, does not speak English and may have picked up the telephone calls,

-3-

1    though I am not certain.

2        7.    During part of the period that Ocwen claims to have tried to reach me,

3    I was out of the country visiting family in Ecuador.   I traveled to Ecuador between

4    February 2, 2008, and March 1, 2008, to visit with my family there.

5        8.    Defendant Ocwen also asserts that I was not accurate when I verified

6    my interrogatories.   This assertion is untrue as well.

7        9.    My native and primary language is Spanish.   I can speak and read

8    some English, but I much prefer Spanish, which I understand better than English.

9        10.    I worked very hard with my attorneys to make sure that I provided

10   accurate answers to Ocwen's interrogatories to me.   First,  I received a copy of

11   Ocwen's interrogatories by mail from my attorney Christopher Brancart.   Next, I

12   reviewed each of the questions with Mr. Brancart's staff, discussing the answer to

13   each question.  Some of the interrogatories asked legal questions; others asked

14   factual questions.  Next, I made an appointment to visit Mr. Brancart and his staff

15   at their office.  At that meeting, we reviewed a draft of my interrogatory responses

16   and discussed my answers to make sure that they were accurate.  After that review

17   of my responses to interrogatories was completed, the changes and additions were

18   inserted.  I then  made another appointment to visit Mr. Brancart's office, where I

19   reviewed the final responses.   During this meeting, Mr. Kennedy and a member of

20   his staff translated each question and answer from English into Spanish to verify

21   the accuracy of each of my answers.   Once that process was completed, I then

22   signed the verification.

23       11.    As I described in my deposition, a loan agent named Carlos filled out

24   my loan application. I had previously provided Carlos correct information as to my

25   income, employment, and SSN. All of my conversations with Carlos were in

26   Spanish. I do not know Carlos' last name. He worked at an office in Hayward,

27   California, which no longer exists. He presented me with a stack of papers in

28   English and asked for my signatures. I did not read them, as I relied on him to fill

-4-

1    out the papers correctly, and it is not easy for me to read legal papers in English. I

2    did not realize that the income, employment and SSN information on my loan

3    application were incorrect until I learned about it during this litigation.

4        12.     I have reviewed this declaration with my attorney and his staff,

5    reading it aloud in both English and Spanish to make sure that it is accurate.

6                          *   *   *

7       I declare the following to be true and correct under penalty of perjury under

8    the laws of the United States of America.

9       Dated:   _O 4 - 11- 20 11_   at Fremont, California.

10

11

12

13                            Mercedes Herrera

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-

# EXHIBIT 1

# THREE DAY NOTICE TO QUIT

*(Cal. Code of Civ. Pro. § 1161a(b)(3))*

**To:  MERCEDES HERRERA, AN UNMARRIED WOMAN
38623 CHERRY LN. #117, FREMONT, CA 94536**

YOU ARE HEREBY NOTIFIED that the real property and improvements thereon commonly known as 38623 Cherry Lane #117, Fremont, California 94536 ("the Property") have been sold to U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-NC1, at a non-judicial foreclosure sale in accordance with Cal. Civ. Code §§ 2924 et seq. under the power of sale contained in that certain Deed of Trust executed by Mercedes Herrera, an unmarried woman, and recorded on October 14, 2005 as Instrument No. 2005446049 in the Office of the Alameda County Recorder. The new owner's title has been duly perfected by Trustee's Deed Upon Sale recorded in the Office of the Alameda County Recorder.

YOU ARE FURTHER NOTIFIED that your occupancy of the Property shall terminate effective THREE (3) CALENDAR DAYS after service of this Notice upon you.

WITHIN THREE (3) CALENDAR DAYS following service of this Notice, you must vacate and surrender possession of the Property to the undersigned, or legal proceedings will be immediately commenced to declare your occupancy forfeited, to obtain restitution and possession of the Property and to obtain a money judgment against you for damages and court costs.

ROBERT E. WEISS INCORPORATED

Dated: June 16, 2008

By: _____

FILE NO. F-9685
PAS NO. 1146005046A

EDWARD A. TREDER
Attorneys for Property Owner
U.S. Bank National Association, as Trustee for
MASTR Asset Backed Securities Trust 2006-NC1

*Direct All Inquiries to:*

EDWARD A. TREDER
State Bar No. 116307
Law Offices of
ROBERT E. WEISS INCORPORATED
920 South Village Oaks Drive
Covina, CA 91724
Phone:  (626) 967-4302
FAX:    (626) 339-7103

# EXHIBIT 2

# BRANCART & BRANCART
## ATTORNEYS AT LAW

*Christopher Brancart*
*Elizabeth Brancart*
*Liza Cristol-Deman*

P.O. BOX 686
PESCADERO, CA 94060

*Telephone  (650) 879-0141*
*Facsimile  (650) 879-1103*
*www.brancart.com*

_____

Street Address
8205 Pescadero Road
Loma Mar, California 94021

July 2, 2008

Mr. Edward A. Treder
Robert E. Weiss Incorporated
920 South Village Oaks Drive
Covina, CA 91724

Re:   3 and 30 Day Notices to Vacate served on 38623 Cherry Lane #14
      File No. F-9685

Dear Mr. Treder:

I write to follow up on my last letter, dated June 25, 2008, regarding the above-referenced residence.

As I indicated, Ms. Herrera is relocating.   She will complete that relocation this weekend, and is attempting to arrange for a check out and transfer of keys to the assigned real estate agent.

Please feel free to contact me if you have any questions with this letter.

Sincerely Yours,

Christopher Brancart

cc:   Ms. Merecedes Herrera

# EXHIBIT 3

POSTMASTER/MANAGER
2020 PESCADERO CREEK RD
PESCADERO CA 94060-9998


**UNITED STATES POSTAL SERVICE**

2005 W-2 and
Earnings Statement

:emption from withholding:  Employees claiming "exempt" from withholding during the year must complete a new Form W-4 each year to
ap their "exempt" status.  Please contact your local personnel office for details.

otice:  If an employee has earnings for more than one state or locality, a separate W-2 is issued for each.

OR EMPLOYMENT VERIFICATION CALL 1-800-276-9850

Finance Number.  05▮▮▮▮▮

M M HERRERA
38623 CHERRY LANE # 117
FREMONT CA 94536-4233

ource of reported wages

he Wages and Other Compensation amount reported in Box 1 of Form W-2 is derived from year-to-date totals reflected on the employee's Pay
eriod 26-2005 (or last period in pay status 2005) Earnings Statement, plus several other totals from the Form W-2.  Use the Reconciliation
ormula below to reconcile your Earnings Statement with your Form W-2.  If any checks issued during 2005 were returned or
anceled after the last Earnings Statement was printed, this reconciliation is not applicable.

arnings Statement (YTD)                Reconciliation Formula



**Box 36 - Miscellaneous**



Safe, accurate,
FAST! Use
*us e→file*

POSTMASTER/MANAGER
2020 PESCADERO CREEK RD
PESCADERO CA 94060-9998



*2006 W-2 and
Earnings Statement*

Exemption from withholding: Employees claiming "exempt" from withholding during the year must complete a new Form W-4 each year to keep their "exempt" status. Please contact your local personnel office for details.

Notice: If an employee has earnings for more than one state or locality, a separate W-2 is issued for each.

FOR EMPLOYMENT VERIFICATION CALL 1-800-276-9850

Finance Number. 05

M M HERRERA
38623 CHERRY LANE # 117
FREMONT CA 94536-4233

**Source of reported wages**

The Wages and Other Compensation amount reported in Box 1 of Form W-2 is derived from year-to-date totals reflected on the employee's Pay Period 26-2006 (or last period in pay status 2006) Earnings Statement, plus several other totals from the Form W-2. Use the Reconciliation Formula below to reconcile your Earnings Statement with your Form W-2. If any checks issued during 2006 were returned or canceled after the last Earnings Statement was printed, this reconciliation is not applicable.

**Earnings Statement (YTD)**     **Reconciliation Formula**



**Box 36 - Miscellaneous**



Safe, accurate,
FAST! Use

POSTMASTER/MANAGER
2020 PESCADERO CREEK RD
PESCADERO CA 94060-9998

 **UNITED STATES POSTAL SERVICE**

2007 W-2 and
Earnings Statement

Exemption from withholding: Employees claiming "exempt" from withholding during the year must complete a new Form W-4 each year to keep their "exempt" status. Please contact your local personnel office for details.

Notice: If an employee has earnings for more than one state or locality, a separate W-2 is issued for each.

FOR EMPLOYMENT VERIFICATION CALL 1-800-276-9850

Finance Number.   05 

M M HERRERA
38623 CHERRY LANE # 117
FREMONT CA 94536-4233

Source of reported wages

The Wages and Other Compensation amount reported in Box 1 of Form W-2 is derived from year-to-date totals reflected on the employee's Pay Period 26-2007 (or last period in pay status 2007) Earnings Statement, plus several other totals from the Form W-2. Use the Reconciliation Formula below to reconcile your Earnings Statement with your W-2. If any checks issued during 2007 were returned or canceled after the last Earnings Statement was printed, this reconciliation is not applicable.

Earnings Statement (YTD)          Reconciliation Formula



Box 36 - Miscellaneous



Safe, accurate,
FAST! Use

ins **e · file**

P 118

# EXHIBIT 4



# THRIFT SAVINGS PLAN
## ANNUAL PARTICIPANT STATEMENT

For the year: **2007**

Please review this statement for accuracy, as the information in it is considered correct unless you notify us. To correct errors in contribution allocations, interfund transfers, loans, withdrawals, your Account Profile, or your beneficiary information contact the TSP. For all other corrections, contact your agency or service.

0064484 01 AV 0.312 **AUTO  T7 0 5202 94536-423342 P6454B IN123



MERCEDES M. HERRERA
38623 CHERRY LANE # 117
FREMONT, CA 94536-4233



**Account Number:** ▮▮▮▮▮160
Date of Birth: 10/17/1949
Retirement Coverage: FERS
Employment Status: Active
Required Vesting Service: 3 years from 11/06/1992

P 120

# EXHIBIT 5



**WOODMEN OF THE WORLD/OMAHA WOODMEN**
LIFE INSURANCE SOCIETY
HOME OFFICE: OMAHA, NEBRASKA

1700 FARNAM STREET
OMAHA, NEBRASKA 68102
TELEPHONE 402-342-1890
www.woodmen.com

August 31, 2006

Mercedes M. Herrera
38623 Cherry Ln
Apt 117
Fremont, CA 94536

Certificate 
Lodge

P 121



800-225-3108
www.woodmen.org
1700 Farnam Street, Omaha, NE 68102

Woodmen of the World Life Insurance Society and/or Omaha Woodmen Life Insurance Society

August 31, 2007

Mercedes M. Herrera
38623 Cherry Ln
Apt 117
Fremont, CA  94536

Certificate 
Lodge

# EXHIBIT 6

UNITED STATES POSTAL SERVICE
POSTMASTER/MANAGER
2020 PESCADERO CREEK RD
PESCADERO CA  94060-9998

February 13, 2008

MERCEDES M HERRERA
38623 CHERRY LANE # 117
FREMONT CA  94536-4233

Dear MERCEDES M HERRERA,

# EXHIBIT 7

**Prevent identity theft—protect your Social Security number**

# Your Social Security Statement



**Prepared especially for Mercedes M. Herrera**

June 29, 2006

FF F 0297          000440338 01 AT   0.308
MERCEDES M. HERRERA
38623 CHERRY LN APT 117
FREMONT CA  94536–4233
IlI.ula.I.ldl.ud.Il.ud..l.ldI.lIud.I.ulul.I.ll.I

*See inside for your personal information* →

## What's inside …

▼ <u>Your Estimated Benefits</u> . . . . . . . . . . . . . . . . . 2
▼ <u>Your Earnings Record</u> . . . . . . . . . . . . . . . . . . 3
▼ Some Facts About Social Security . . . . . . . . . . 4
▼ If You Need More Information . . . . . . . . . . . . . 4
▼ To Request This *Statement* In Spanish . . . . . . 4
  *(Para Solicitar Una Declaración en Español)*



## What Social Security Means to You

This *Social Security Statement* will help you understand what Social Security means to you and your family. This *Statement* can help you better plan for your financial future. It gives you estimates of your Social Security benefits under current law. Each year, we will send you an updated *Statement* including your latest reported earnings.

Be sure to read this *Statement* carefully. If you think there may be a mistake, please let us know. That's important because your benefits will be based on our record of your lifetime earnings. We recommend you keep a copy of this *Statement* with your financial records.

**Social Security is for people of all ages …**
It can help you whether you're young or old, male or female, single or with a family. It's there for you when you retire, but it's more than a retirement program. Social Security also can provide benefits if you become disabled and help support your family when you die.

**Work to build a secure future …**
Social Security is the largest source of income for most elderly Americans today. It is very important to remember that Social Security was never intended to be your only source of income when you retire. Social Security can't do it all. You also will need other savings, investments, pensions or retirement accounts to make sure you have enough money to live comfortably when you retire.

**About Social Security's future …**
Social Security is a compact between generations. For more than 60 years, America has kept the promise of security for its workers and their families. But now, the Social Security system is facing serious future financial problems, and action is needed soon to make sure that the system is sound when today's younger workers are ready for retirement.

Today there are almost 36 million Americans age 65 or older. Their Social Security retirement benefits are funded by today's workers and their employers who jointly pay Social Security taxes — just as the money they paid into Social Security was used to pay benefits to those who retired before them. Unless action is taken soon to strengthen Social Security, in just 11 years we will begin paying more in benefits than we collect in taxes. Without changes, by 2040 the Social Security Trust Fund will be exhausted.* By then, the number of Americans 65 or older is expected to have doubled. There won't be enough younger people working to pay all of the benefits owed to those who are retiring. At that point, there will be enough money to pay only about 74 cents for each dollar of scheduled benefits. We will need to resolve these issues soon to make sure Social Security continues to provide a foundation of protection for future generations as it has done in the past.

**Social Security On The Net …**
Visit *www.socialsecurity.gov* on the Internet to learn more about Social Security. You can read our publications, use the *Social Security Benefit Calculators* to calculate future benefits, apply for retirement, spouse's or disability benefits, or subscribe to *eNews* for up-to-date information about Social Security.

*Jo Anne B. Barnhart*
Jo Anne B. Barnhart
Commissioner

* These estimates of the future financial status of the Social Security program were produced by the actuaries at the Social Security Administration based on the intermediate assumptions from the Social Security Trustees' Annual Report to the Congress.

*Prevent identity theft—protect your Social Security number*

# Your Social Security Statement

SOCIAL SECURITY
USA
ADMINISTRATION

**Prepared especially for Mercedes M. Herrera**

July 3, 2007

*www.socialsecurity.gov*

*See inside for your personal information*

➡

```
000456466  01 AT  0.334 FF F 0300
MERCEDES M. HERRERA
38623 CHERRY LN APT 117
FREMONT CA  94536-4233
```

**What's inside...**

Your Estimated Benefits ........................................................... 2
Your Earnings Record .............................................................. 3
Some Facts About Social Security ............................................. 4
If You Need More Information .................................................. 4
To Request This *Statement* In Spanish .................................... 4
*(Para Solicitar Una Declaración en Español)*

## What Social Security Means To You

This *Social Security Statement* can help you better plan for your financial future. It gives you estimates of your Social Security benefits under current law and updates your latest reported earnings.

Please read this *Statement* carefully. If you see a mistake, please let us know. That's important because your benefits will be based on our record of your lifetime earnings. We recommend you keep a copy of your *Statement* with your financial records.

**Social Security is for people of all ages...**
It's more than a retirement program. Social Security also can provide benefits if you become disabled and help support your family when you die.

**Work to build a secure future...**
Social Security is the largest source of income for most elderly Americans today, but Social Security was never intended to be your only source of income when you retire. You also will need other savings, investments, pensions or retirement accounts to make sure you have enough money to live comfortably when you retire.

Saving and investing wisely are important not only for you and your family, but for the entire country. If you want to learn more about how and why to save, you should visit *www.mymoney.gov*, a federal government website dedicated to teaching all Americans the basics of financial management.

**About Social Security's future...**
Social Security is a compact between generations. For decades, America has kept the promise of security for its workers and their families. Now, however, the Social Security system is facing serious financial problems, and action is needed soon to make sure the system will be sound when today's younger workers are ready for retirement.

In 2017 we will begin paying more in benefits than we collect in taxes. Without changes, by 2041 the Social Security Trust Fund will be exhausted* and there will be enough money to pay only about 75 cents for each dollar of scheduled benefits. We need to resolve these issues soon to make sure Social Security continues to provide a foundation of protection for future generations.

**Social Security on the Net...**
Visit *www.socialsecurity.gov* on the Internet to learn more about Social Security. You can read our publications, use the *Social Security Benefit Calculators* to calculate future benefits or use our easy online forms to apply for benefits.

Michael J. Astrue
Commissioner

* These estimates are based on the intermediate assumptions from the Social Security Trustees' Annual Report to the Congress.

*Prevent identity theft—protect your Social Security number*

# Your Social Security Statement



Prepared especially for Mercedes M. Herrera

July 2, 2008

*www.socialsecurity.g*

*See inside for your personal information* ➔

000492498  01 AT  0.346 FF F 0362
MERCEDES M. HERRERA
38623 CHERRY LN APT 117
FREMONT CA 94536-4233
||l,,l,,l,l,l,l,,,ll,,ll,,,l,l,l,l,ll,,,ll,,l,l,,l,l,l,l,l

### What's inside...

Your Estimated Benefits .................................................2

Your Earnings Record ...................................................3

Some Facts About Social Security ..............................4

If You Need More Information.....................................4

To Request This *Statement* In Spanish ......................4
*(Para Solicitar Una Declaración en Español)*

## What Social Security Means To You

This *Social Security Statement* can help you plan for your financial future. It provides estimates of your Social Security benefits under current law and updates your latest reported earnings.

Please read this *Statement* carefully. If you see a mistake, please let us know. That's important because your benefits will be based on our record of your lifetime earnings. We recommend you keep a copy of your *Statement* with your financial records.

### Social Security is for people of all ages...
We're more than a retirement program. Social Security also can provide benefits if you become disabled and help support your family after you die.

### Work to build a secure future...
Social Security is the largest source of income for most elderly Americans today, but Social Security was never intended to be your only source of income when you retire. You also will need other savings, investments, pensions or retirement accounts to make sure you have enough money to live comfortably when you retire.

Saving and investing wisely are important not only for you and your family, but for the entire country. If you want to learn more about how and why to save, you should visit *www.mymoney.gov,* a federal government website dedicated to teaching all Americans the basics of financial management.

### About Social Security's future...
Social Security is a compact between generations. For decades, America has kept the promise of security for its workers and their families. Now, however, the Social Security system is facing serious financial problems, and action is needed soon to make sure the system will be sound when today's younger workers are ready for retirement.

In 2017 we will begin paying more in benefits than we collect in taxes. Without changes, by 2041 the Social Security Trust Fund will be exhausted* and there will be enough money to pay only about 78 cents for each dollar of scheduled benefits. We need to resolve these issues soon to make sure Social Security continues to provide a foundation of protection for future generations.

### Social Security on the Net...
Visit *www.socialsecurity.gov* on the Internet to learn more about Social Security. You can read our publications, use the *Social Security Benefit Calculators* to calculate future benefits or use our easy online forms to apply for benefits.

Michael J. Astrue
Commissioner

\* These estimates are based on the intermediate assumptions from the Social Security Trustees' Annual Report to the Congress.

# EXHIBIT 8

UNITED STATES POSTAL SERVICE
DISTRICT MANAGER
SAN FRANCISCO CA  94188-4443

 **UNITED STATES POSTAL SERVICE**

# *Personal Statement of Benefits - 2007*

Prepared especially for

940   055952   PESC  000
MERCEDES M HERRERA
38623 CHERRY LANE # 117
FREMONT CA  94536-4233

| | |
|---|---|
| Employee ID | |
| Birthdate | 10/17/49 |
| Retirement Plan | 8  FERS |
| Retirement Computation Date | 07/18/98 |

This benefits statement offers a personalized summary of your total compensation, both direct pay and benefits.  It is important that you understand the value and the level of coverage for each piece of your benefits package and how each enhances your financial protection and security today and in the future.  I urge you to consider taking full advantage of all programs available to you.  After a careful review, keep your statement in a convenient location and use it as a handy reference throughout the year.

# EXHIBIT 9

Check out www.aa.com/offers
for a complete list of
bonus-miles offers.

**AmericanAirlines**®

**AAdvantage**®

Your year-to-date account overvie
as of March 22, 2008

Prize-eligible Miles:            27,5
Elite-qualifying Miles:
Elite-qualifying Points:
Elite-qualifying Segments:
Last activity date:            02/05/20

U03L-9627-5Y
Ms. Mercedes Herrera                              001214
38623 Cherry Ln., Apt. 117
Fremont, CA  94536-4233

IllIlludalalldllalllaullallaludlalludlludululululdl

Visit AA.com for your
latest mileage balance.
Unused miles may expire af
18 months of inactivity.

Dear Ms. Mercedes Herrera,

You may have noticed a new signature at the bottom of this letter. Many of you have come
to know my predecessor, Kurt Stache, so I'm pleased to announce that Kurt has moved
on to lead American's global sales effort. That said, I couldn't be more pleased with the
opportunity to join the AAdvantage team as we work hard to bring you the best loyalty
program in the world.

Although my name may be unfamiliar to you, I bring more than 20 years of experience in finance and marketing, most recently
serving as Managing Director – Interactive Marketing, where I led the marketing, content and customer-service efforts for
AA.com. As a long-time mileage junkie myself, I've used AAdvantage miles to take my family on exotic vacations all around
the globe.

Speaking of exotic destinations, join us as we take you on a quick tour of China in this month's *Miles* magazine. This ancient
culture is sure to stir your inner adventurer. And be sure to visit AAdvantage *Milestones* today at www.aa.com/milestones and
watch for the upcoming China edition due out May 9.

Until next time, I wish you many happy travels.

Sincerely,

Rob Friedman
President, AAdvantage Marketing Programs
American Airlines, Inc.

51522001-028-000292721

## AAdvantage® Updates

### Earn miles for everyday shopping.
Find all of your favorite electronics, fashion merchandise, books and more at the AAdvantage eShopping℠ mall! You can shop at more than 250 of
your favorite retailers. Why fight crowds and parking lots when you can get all your shopping done from the comfort of your own home? And when
you shop at the AAdvantage eShopping mall, you can earn up to 10 miles for every dollar spent, which could have you on your way to your favorite
vacation destination. Visit **www.aadvantageeeshopping.com** today to get your shopping started!

### Looking for more ways to earn AAdvantage miles?
The Mileage Maximizer is an interactive tool that allows you to calculate mileage-earning opportunities. Of course you can earn miles by flying,
but Mileage Maximizer will show you other ways to quickly boost the number of miles in your account. For example, you can earn thousands
of miles for hotel stays, phone service, credit cards and even dining. Once you realize how quickly your miles can add up, you'll be interested
in how you can use those miles. Mileage Maximizer has that information, too! Find out how to pay for hotel stays or car rentals. Learn how far
25,000 or even 100,000 miles can take you. Visit **www.mileagemaximizer.com** to see how many AAdvantage miles you can earn this year.

# EXHIBIT 10

JJARViS
2020 Pes CRK
Pes. CA94060



Ms Mercedes Herrera
3 8623 Cherry Lane        Apt 117
Fremont, Ca 94536-4233

## PROOF OF SERVICE

I am employed in the County of Santa Clara, State of California.  I am over the age of 18 and am not a party to the within action.  My business address is 2797 Park Avenue, Suite 201, Santa Clara, CA  95050.

On the date shown below, I served the foregoing document(s) described as:

**DECLARATION OF MERCEDES HERRERA**

on the following parties in the manner indicated below:

Attorney for LCS Financial Services:
Ms. Kimberly E. Lewellen
Ellis, Coleman, Poirier, LaVoie & Steinheimer
555 University Avenue, Suite 200 East
Sacramento, CA 95825
fax: (916) 283-8821
klewellen@ecplslaw.com

Attorney for Ocwen Loan Servicing LLC
Elizabeth Lemond McKeen
O'Melveny & Myers, LLC
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
fax: (949) 823-6994
emckeen@omn.com

Noah Zinner
Housing and Economic Rights Advocates
P.O. Box 29435
Oakland, CA 94604
fax: (510) 868-4521
nzinner@heraca.org

Chris Brancart
Brancart & Brancart
P.O. Box 686
Pescadero, CA 94060
fax:(650) 879-1103
cbrancart@brancart.com

[X]     **(BY ELECTRONIC SERVICE)** The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on **April 13, 2011** at Santa Clara, California.

_____/s/_____
William E. Kennedy

PROOF OF SERVICE