1  William E. Kennedy (CSB #158214)
   LAW OFFICE OF WILLIAM E. KENNEDY
2  2797 Park Avenue, Suite 201
   Santa Clara, California 95050
3  (408) 241-1000 phone
   (408) 241-1500 fax
4  willkennedy@pacbell.net

5  Chris Brancart (CSB #128475)
   BRANCART & BRANCART
6  P. O. Box 686
   Pescadero, CA 94060
7  (650) 879-0141 phone
   (650) 879-1103 fax
8  cbrancart@brancart.com

9  Noah Zinner (CSB #247581)
   HOUSING AND ECONOMIC RIGHTS ADVOCATES
10 P.O. Box 29435
   Oakland, CA 94604-0091
11 (510) 271-8443 phone
   nzinner@heraca.org

12
   Attorneys for Plaintiff MERCEDES HERRERA and others similarly situated
13

14          **UNITED STATES DISTRICT COURT**

15         **NORTHERN DISTRICT OF CALIFORNIA**

16            **SAN FRANCISCO DIVISION**

17 _____

18 MERCEDES HERRERA                          ) **Case No.: C09-02843 TEH**
                                             )
19              Plaintiff,                   ) **DECLARATION OF WILLIAM E.**
                                             ) **KENNEDY IN REPLY TO**
                                             ) **OPPOSITION TO MOTION FOR**
20     vs.                                   ) **CLASS CERTIFICATION**
                                             )
21 LCS FINANCIAL SERVICES CORPORATION        ) Hearing Date: May 2, 2011
   and OCWEN LOAN SERVICING LLC,             ) Time: 10:00 a.m.
22                                           ) Courtroom: 12
                                             ) Judge: Hon. Thelton E. Henderson
23              Defendants.                  )
                                             )
24 _____   )

25 I, William E. Kennedy, declare:

26        1.      I am admitted to practice before this Court and in the courts of the State of

27 California and I am one of the attorneys for plaintiff Mercedes Herrera and the putative class in

28

1  this matter.  I file this declaration in support of Plaintiff Mercedes Herrera's Motion for Class

2  Certification.  I have personal knowledge of the matters set forth herein, and if called to testify,

3  would and could competently testify to them.

4      2.    Attached as Exhibit A is true and correct copies of a letter I received from

5  Elizabeth McKeen on or about May 21, 2010.

6      3.    Attached as Exhibit B is a true and correct copy of a Sitex report which I obtained

7  online at http://www.sitexdata.com with respect to Ms. Herrera's foreclosed property.

8      4.    Attached as Exhibit C is a true and correct copy of the a document produced by

9  Ocwen Loan Servicing LLC during this litigation bate stamped as OLS-Herrera 00011.

10      5.    Attached as Exhibit D is a true and correct copy of excerpts of Mercedes

11  Herrera's deposition transcript.

12      I declare under penalty of perjury under the laws of the State of California that the

13  foregoing is true and correct.  Executed in Santa Clara, California.

14

15  Date: April 13, 2011           /s/_____

16                    William E. Kennedy

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF WILLIAM E. KENNEDY IN REPLY TO
OPPOSITION TO MOTION FOR CLASS CERTIFICATION        C09-02843 TEH

1 | **PROOF OF SERVICE**

2 | I am employed in the County of Santa Clara, State of California.  I am over the age of 18 and am not a party to the within action.  My business address is 2797 Park Avenue, Suite 201, Santa Clara, CA  95050.

3 |

4 | On the date shown below, I served the foregoing document(s) described as:

5 | **DECLARATION OF WILLIAM E. KENNEDY IN REPLY TO OPPOSITION TO MOTION FOR CLASS CERTIFICATION**

6 |

7 | on the following parties in the manner indicated below:

Attorney for LCS Financial Services:       Attorney for Ocwen Loan Servicing LLC

8 | Ms. Kimberly E. Lewellen                        Elizabeth Lemond McKeen
Ellis, Coleman, Poirier, LaVoie & Steinheimer   O'Melveny & Myers, LLC

9 | 555 University Avenue, Suite 200 East        610 Newport Center Drive, 17th Floor
Sacramento, CA 95825                           Newport Beach, CA 92660

10 | fax: (916) 283-8821                           fax: (949) 823-6994
klewellen@ecplslaw.com                         emckeen@omn.com

11 |

12 | Noah Zinner                                   Chris Brancart
Housing and Economic Rights Advocates         Brancart & Brancart
P.O. Box 29435                                 P.O. Box 686

13 | Oakland, CA 94604                             Pescadero, CA 94060
fax: (510) 868-4521                            fax:(650) 879-1103

14 | nzinner@heraca.org                            cbrancart@brancart.com

15 | [X]     **(BY ELECTRONIC SERVICE)** The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing

16 | system.

17 | I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on **April 13, 2011** at Santa Clara, California.

18 |

19 | _____/s/_____
William E. Kennedy

DECLARATION OF WILLIAM E. KENNEDY IN REPLY TO
OPPOSITION TO MOTION FOR CLASS CERTIFICATION              C09-02843 TEH