# SITEXDATA.COM Profile

### Subject Property Location

**38623 CHERRY LN APT 117, FREMONT, CA 94536-4233**
County: **ALAMEDA CA**
Property Use: Condominium (Residential)
Parcel Number: 507 -0790-117

Census Tract: 4419.01
Zoning:
Thomas Bros Pg-Grid: 753-2C

### Current Owner:

Owner Name:
Care Of Name:
Mailing Address: 38623 CHERRY LN APT 117, FREMONT, CA 94536-4233

Recording Date: 10/31/2008

### County Tax & Assessment:

| | | | | |
|---|---|---|---|---|
| Assessment Year: | 2009 | Market Value Year: | Tax Rate Code Area: | 12-013 |
| Assd Land Value: | | Market Land Value: | Tax Year: | 2009 |
| Assd Improvement: | | Market Improvment Value: | Total Tax Amount: | |
| Total Assessed Value: | | Total Assessor Market Value: | Delinquent Year: | |
| **Assessee Name:** | | | Tax Account ID: | |
| **Mailing Address:** | 38623 CHERRY LN APT 117 FREMONT, CA 94536-4233 | | Homeowner's Exemption: Tax Exemptions: | H |

### Assessment Legal Description

### Property Characteristics:

| | | | | | | |
|---|---|---|---|---|---|---|
| Lot Size: | 14.9 AC | Bedrooms: | 3 | Pool: | Yes |
| Building Area: | 1,101 SF | Baths: | 2 | Fireplace: | |
| Year Built: | 1974 | Partial Baths: | | Type Const: | Frame |
| Number of Buildings: | | Number of Rooms: | 8 | Ext Walls: | |
| Number of Units: | | Garage Type: | | Heating: | |
| Number of Stories: | 2 | Number of Cars: | | A/C: | |
| Style: | | Basement: | | Roof Cover: | |
| | | Foundation: | | Elevator: | |

### Subject Property Deed/Transfer History:

#### Prior Transfer

Recording Date: 10/31/2008
Document #:
Contract Date: 10/21/2008
Document Type: Grant Deed
Multi APN Flag:
Buyer Names:
Care of Name:
Mailing Address: 38623 CHERRY LN APT 117, FREMONT, CA 94536-4233
Seller Name: US BANK NATIONAL ASSOCIATION,
Mortgage Doc #:
Lender Name:
Loan Type: Unknown
Type Financing:

Sales Price: $
Type of Sale: Full-Computed from Transfer Tax

Buyer Vesting

Loan Amount: $
Interest Rate:
2nd Loan Amt: N/A

**Legal Description:**
Tract No: 4105  Legal Unit: 117  Map Ref: MB112 PG1-20
City/Muni/Twp: FREMONT

#### Prior Transfer

Recording Date: 10/31/2008
Document #:
Contract Date: 10/21/2008
Document Type: Grant Deed
Multi APN Flag:

Sales Price: $
Type of Sale: Full-Computed from Transfer Tax

Buyer Names: ▓▓▓▓▓▓ Buyer Vesting
ASSOCIATION,
Care of Name: ▓▓▓▓
Mailing Address: ▓▓▓▓▓▓▓▓▓
Seller Name: ▓▓▓▓▓▓
Mortgage Doc #: Loan Amount: N/A
Lender Name: Interest Rate:
Loan Type: 2nd Loan Amt: N/A
Type Financing:
**Legal Description:**
Tract No: 4105 Legal Unit: 117 Map Ref: MB112 PG1-20
City/Muni/Twp: FREMONT

### Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 06/19/2008 | Sales Price: | $▓▓▓▓ |
| Document #: | ▓▓▓▓ | Type of Sale: | Full Amount on Deed |
| Contract Date: | 06/17/2008 | | |
| Document Type: | Trustee's Deed - (Certificate of Title) | | |

Multi APN Flag:
Buyer Names: ▓▓▓▓ Buyer Vesting
Care of Name: ▓▓▓▓▓▓
Mailing Address: ▓▓▓▓▓▓▓▓
Seller Name: HERRERA, MERCEDES
Mortgage Doc #: Loan Amount: N/A
Lender Name: Interest Rate:
Loan Type: 2nd Loan Amt: N/A
Type Financing:
**Legal Description:**
Tract No: 4105 Legal Unit: 117 Map Ref: MB112 PG1-20
Abbreviated Description: BUILDING16
City/Muni/Twp: FREMONT

### Foreclosure Record

Recording Date: 05/07/2008
Document Type: Notice of Sale (aka Notice of Trustee's Sale)

### Foreclosure Record

Recording Date: 02/04/2008
Document Type: Notice of Default

### Mortgage Record

| | | | |
|---|---|---|---|
| Recording Date: | 10/14/2005 | Loan Amount: | $▓▓▓▓ |
| Document #: | ▓▓▓▓ | Loan Type: | Unknown |
| Contract Date: | 10/07/2005 | | |
| TD Due Date: | 11/01/2035 | Type Finance: | ADJ |
| | | Interest Rate: | 6.75% |

Borrower Name: HERRERA, MERCEDES
Vesting Type:
Lender Name: NEW CENTURY MORTGAGE CORP
Lender Type: Subprime Lender
Fixed Step:

| | | | |
|---|---|---|---|
| Adjustable Rate Index: | 6 Month Libor | Change Index: | 6.2% |
| Rate Change Frequency: | Six months or Semi-annually | First Change Date: | 11/01/2007 |
| Int Rate not <: | 6.75% | Int Rate not >: | 8.25% |
| Maximum Interest Rate: | 13.75% | Interest Only Period: | Yes |
| Prepayment Penalty Rider: | Yes | Prepayment Penalty Term: | 24 months |

**Legal Description:**
Tract No: 4105 Legal Unit: 117
Abbreviated Description: BUILDING16
City/Muni/Twp: FREMONT

### Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 10/14/2005 | Sales Price: | $▓▓▓▓ |
| Document #: | ▓▓▓▓ | Type of Sale: | Full-Computed from Transfer Tax |
| Contract Date: | 10/10/2005 | | |
| Document Type: | Grant Deed | | |

Multi APN Flag:
Buyer Names: HERRERA, MERCEDES    Buyer Vesting
Care of Name:

Mailing Address: 38623 CHERRY LN APT 117, FREMONT, CA 94536-4233
Seller Name: ▓▓▓▓▓ L; ▓▓▓▓▓▓▓
Mortgage Doc #: 2005446048                  Loan Amount:           $▓▓▓▓
Lender Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   Interest Rate:
Loan Type:          Stand Alone Second      2nd Loan Amt:          N/A
Type Financing:

**Legal Description:**
Tract No: 4105  Legal Unit: 117  Map Ref: MB112 PG1-20
Abbreviated Description: BUILDING16
City/Muni/Twp: FREMONT

### Mortgage Record

| | | | |
|---|---|---|---|
| Recording Date: | 07/27/2005 | Loan Amount: | $352,000 |
| Document #: | 2005318994 | Loan Type: | Fannie Mae / Freddie Mac |
| Contract Date: | 07/20/2005 | | |
| TD Due Date: | 08/01/2035 | Type Finance: | ADJ |
| | | Interest Rate: | 5.5% |

Borrower Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Vesting Type:
Lender Name: ▓▓▓▓▓▓▓▓▓▓
Lender Type: Bank
Fixed Step:
Adjustable Rate Index:        One Year T-Bill     Change Index:              2.75%
Rate Change Frequency:        Annually            First Change Date:
Int Rate not <:                                   Int Rate not >:
Maximum Interest Rate:                            Interest Only Period:
Prepayment Penalty Rider:     No                  Prepayment Penalty Term:

**Legal Description:**
Subdivision: FREMONT OAKS  Tract No: 4105  Legal Unit: 117
Abbreviated Description: BUILDING16
City/Muni/Twp: FREMONT

### Mortgage Record

| | | | |
|---|---|---|---|
| Recording Date: | 09/24/2003 | Loan Amount: | $▓▓▓▓ |
| Document #: | ▓▓▓▓▓▓ | Loan Type: | Unknown |
| Contract Date: | 08/23/2003 | | |
| TD Due Date: | 09/01/2018 | Type Finance: | |
| | | Interest Rate: | |

Borrower Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Vesting Type: Joint Tenancy
Lender Name: ▓▓▓▓▓▓▓▓▓
Lender Type: Mortgage company

**Legal Description:**
Subdivision: FREMONT OAKS  Tract No: 4105  Legal Unit: 117
Abbreviated Description: BUILDING16

### Mortgage Record

| | | | |
|---|---|---|---|
| Recording Date: | 10/09/2001 | Loan Amount: | $▓▓▓▓ |
| Document #: | ▓▓▓▓▓▓ | Loan Type: | Stand Alone Second |
| Contract Date: | | | |
| TD Due Date: | 09/01/2026 | Type Finance: | |
| | | Interest Rate: | |

Borrower Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓
Vesting Type: Joint Tenancy
Lender Name: ▓▓▓▓▓▓▓▓
Lender Type: Other (company or corporation)

**Legal Description:**
Tract No: 4105  Legal Unit: 117
Abbreviated Description: BUILDING16

### Mortgage Record

| | | | |
|---|---|---|---|
| Recording Date: | 09/13/2001 | Loan Amount: | $▓▓▓▓ |
| Document #: | ▓▓▓▓▓▓ | Loan Type: | Unknown |
| Contract Date: | | | |
| TD Due Date: | 09/01/2031 | Type Finance: | |
| | | Interest Rate: | |

Borrower Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓
Vesting Type: Joint Tenancy
Lender Name: ▓▓▓▓▓▓
Lender Type: Other (company or corporation)

**Legal Description:**

Subdivision: FREMONT OAKS  Tract No: 4105 Legal Unit: 117
Abbreviated Description: BUILDING16

## Mortgage Record

| | | | |
|---|---|---|---|
| Recording Date: | 07/13/2000 | Loan Amount: | $▇▇▇▇ |
| Document #: | ▇▇▇▇▇▇▇ | Loan Type: | Stand Alone Second |
| Contract Date: | | | |
| TD Due Date: | 08/01/2015 | Type Finance: | |
| | | Interest Rate: | |

Borrower Name: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Vesting Type: Joint Tenancy
Lender Name: ▇▇▇▇▇▇▇
Lender Type: Other (company or corporation)
**Legal Description:**
Subdivision: FREMONT OAKS  Tract No: 4105 Legal Unit: 117
Abbreviated Description: BUILDING16

## Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 10/08/1998 | Sales Price: | N/A |
| Document #: | ▇▇▇▇▇▇ | Type of Sale: | |
| Contract Date: | 09/22/1998 | | |
| Document Type: | Intrafamily Transfer & Dissolution | | |
| Multi APN Flag: | | | |
| Buyer Names: | ▇▇▇▇▇▇▇▇▇ | Buyer Vesting | Joint Tenancy |

Care of Name:
Mailing Address: 38623 CHERRY LN APT 117, FREMONT, CA 94536-4233
Seller Name:, ▇▇▇▇▇▇▇▇▇

| | | | |
|---|---|---|---|
| Mortgage Doc #: | ▇▇▇▇▇▇▇ | Loan Amount: | $▇▇▇▇ |
| Lender Name: | ▇▇▇▇▇▇ | Interest Rate: | |
| Loan Type: | | 2nd Loan Amt: | N/A |
| Type Financing: | | | |

**Legal Description:**
Subdivision: FREMONT OAKS HOMEOWNES ASSOCIATION Tract No: 4105  Legal Unit: 16-117 Map Ref: MB112 PG1-20
City/Muni/Twp: FREMONT