| Account | Date | Time | User | Code | Notes |
|---|---|---|---|---|---|
| 38482113 | 09/05/2007 | 11:22:14 AM | Sylvia Miranda | LR | Phone Call In; COLLATERAL BASED REFERRAL; ; spoke with Mercedes Herrera ; verified SSN, home and business telephone numbers The customer stated that they could not afford their mortgage payment and was advised that we would transfer them to the Loan Resolution Dept. They were also given their phone number. Script ID: PMT1601 |
| 38482113 | 09/05/2007 | 11:17:04 AM | Reinaldo Peralta | cu | spoke with Mercedes Herrera; verified borrower's ssn, home and work telephone numbers; |
| 38482113 | 09/05/2007 | 11:16:39 AM | Reinaldo Peralta | cu | Script ID: ASK-CRE |
| 38482113 | 09/05/2007 | 11:16:26 AM | Reinaldo Peralta | cu | Phone Call In; *; ; spoke with Mercedes Herrera ; verified SSN, home and business telephone numbers; Per investor number 2522, can not assist them because of the investor/loan. Script ID: ADM1601 |
| 38482113 | 08/24/2007 | 5:49:28 PM | Sylvia Miranda | cu | spoke with Mercedes Herrera; verified borrower's ssn, home and work telephone numbers; |
| 38482113 | 08/24/2007 | 5:49:27 PM | Sylvia Miranda | cu | Phone Call In; Marketing Question- Chartered; ; spoke with Mercedes Herrera ; verified SSN, home and business telephone numbers; Offered customer the Advantage Care Plus marketing option. Script ID: ASK-CRE-YMRKT |
| 38482113 | 08/24/2007 | 5:48:56 PM | Sylvia Miranda | cu | Phone Call In; *; ; Script ID: ASK-CRE-80 |
| 38482113 | 08/24/2007 | 5:48:50 PM | Sylvia Miranda | cu | Phone Call In; Prepayment Penalty Inquiry; ; spoke with Mercedes Herrera ; verified SSN, home and business telephone numbers The customer inquired about the prepayment penalty and was advised: The Prepayment Penalty for this loan is based upon the mortgage Note and any Addendums or Riders to it. Ocwen is obligated to service your loan according to these documents. Script ID: POF0101 |
| 38482113 | 08/24/2007 | 5:37:12 PM | Background Processor |  | ISN RCK: 40762  RCD: 148523 ANI: 5102266394 |
| 38482113 | 08/24/2007 | 5:37:12 PM | Background Processor | IVR | CUSTOMER CONTACT VIA IVR |
| 38482113 | 08/14/2007 | 4:48:05 PM | Background Processor | BNOT | As of 08/14/2007 Past Due .00 Curr Due 818.68 Total Due 818.68 Requested By Auto-B Billing statement shipped by Allison on 08/16/2007 Borrower Has Mailed The Payment on 09/08/2007 |
| 38482113 | 08/14/2007 | 4:48:03 PM | Background Processor | PYMT | Payment received from outsource file  for $818.68  Source UL - ul0814 and was forwarded to: Cashier queue, user-id: Cashier |
| 38482113 | 08/14/2007 | 3:33:12 PM | Blanca A Rivera | GC | Account Reported To Credit Bureau (as of 07/31/07)LPI: 07/01/07 UPB: 86,259 Mthly Pmt: 819 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 000000001000000BBBBBBBBBB |
| 38482113 | 08/12/2007 | 1:33:41 AM | Background Processor | BNOT | Customer's payment is in the mail. |
| 38482113 | 08/12/2007 | 1:33:40 AM | Background Processor | BNOT | Customer's payment is in the mail |
| 38482113 | 07/13/2007 | 5:42:00 PM | Background Processor | BNOT | As of 07/13/2007 Past Due .00 Curr Due 818.68 Total Due 818.68 Requested By Auto-B Billing statement shipped by Allison on 07/17/2007 Borrower Has Mailed The Payment on 08/11/2007 |
| 38482113 | 07/13/2007 | 5:41:58 PM | Background Processor | PYMT | Payment received from outsource file  for $818.68  Source UL - ul0713 and was forwarded to: Cashier queue, user-id: Cashier |
| 38482113 | 07/13/2007 | 1:09:01 PM | Blanca A Rivera | GC | Account Reported To Credit Bureau (as of 06/30/07)LPI: 06/01/07 UPB: 86,298 Mthly Pmt: 819 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 00000001000000BBBBBBBBBB |
| 38482113 | 06/25/2007 | 7:32:27 PM | Seema Gupta | CL | Skip Tracer Call out;; New Phone Number; new #510-794-4690 no answer |
| 38482113 | 06/22/2007 | 6:04:33 PM | Blanca A Rivera | GC | Account Reported To Credit Bureau (as of 05/31/07)LPI: 05/01/07 UPB: 86,376 Mthly Pmt: 819 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment History[24 Mons]: 0000001000000BBBBBBBBBBB |
| 38482113 | 06/18/2007 | 5:23:05 PM | Background Processor | BNOT | As of 06/18/2007 Past Due .00 Curr Due 818.68 Total Due 818.68 Requested By Auto-B |
| 38482113 | 06/18/2007 | 5:23:03 PM | Background Processor | PYMT | Payment received from outsource file  for $859.61  Source UL - ul0618 and was forwarded to: Cashier queue, user-id: Cashier |
| 38482113 | 06/16/2007 | 12:50:47 PM | Background Processor | BNOT | Customer's payment is in the mail. |
| 38482113 | 06/16/2007 | 12:50:46 PM | Background Processor | BNOT | Customer's payment is in the mail Account Reported To Credit Bureau (as of 04/30/07)LPI: 04/01/07 UPB: 86,414 Mthly Pmt: 819 Status: 11 [ Current ]  Original Charge Off Amt: 0 Payment History[24 Mons]: |
| 38482113 | 05/15/2007 | 7:35:38 PM | Blanca A Rivera | GC | 000001000000BBBBBBBBBBBB |
| 38482113 | 05/11/2007 | 4:59:07 PM | Background Processor | BNOT | As of 05/11/2007 Past Due .00 Curr Due 818.68 Total Due 818.68 Requested By Auto-B Billing statement shipped by Allison on 05/15/2007 Borrower Has Mailed The Payment on 06/15/2007 |
| 38482113 | 05/11/2007 | 4:59:05 PM | Background Processor | PYMT | Payment received from outsource file  for $818.68  Source UL - ul0511 and was forwarded to: Cashier queue, user-id: Cashier |
| 38482113 | 05/09/2007 | 12:58:41 PM | Background Processor | BNOT | Customer's payment is in the mail. |
| 38482113 | 05/09/2007 | 12:58:38 PM | Background Processor | BNOT | Customer's payment is in the mail |