UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


MERCEDES HERRERA,

       Plaintiff,

    vs.                         No. 09-cv-02843 THE

LCS FINANCIAL SERVICES
CORPORATION and OCWEN LOAN
SERVICING LLC,

       Defendants.

_____


DEPOSITION OF MERCEDES HERRERA

San Francisco, California

Friday, July 30, 2010


Reported by:
GINA GLANTZ
CSR No. 9795, RPR, RMR

JOB No. 140153

15:19:13  1      A   Here.

15:19:15  2      Q   Do you see the last sentence to the answer to

15:19:19  3  Interrogatory No. 2 that says "In addition, Ms. Herrera

15:19:23  4  informed Carlos, a person who helped her obtain her

15:19:26  5  loan, that the loan would be used to purchase a home for

15:19:29  6  her use"; do you see that?

15:19:37  7      A   Yes.

15:19:38  8      Q   Who is Carlos?

15:19:40  9      A   The person who helped me buy the house.

15:19:47 10      Q   What do you mean?  Was he a real estate agent

15:19:54 11  or --

15:19:56 12      A   He worked for a company that would help people

15:20:05 13  buy houses.

15:20:06 14      Q   Do you know the name of the company?

15:20:07 15      A   I don't recall.  And it's -- it's no longer

15:20:16 16  either.

15:20:17 17      Q   Do you know Carlos' last name?

15:20:19 18      A   I don't recall.

15:20:27 19      Q   Was Carlos the person who filled out your loan

15:20:31 20  applications for you?

15:20:33 21      A   Yes.

15:20:35 22      Q   Did you talk with Carlos in person or only over

15:20:39 23  the phone?

15:20:39 24      A   I saw him twice.  And the last time when I went

15:20:53 25  in to sign the papers.

| | | |
|---|---|---|
| 15:20:54 | 1 | Q   And was the company he worked for -- what city |
| 15:21:09 | 2 | was he in? |
| 15:21:10 | 3 | A   Hayward. |
| 15:21:13 | 4 | Q   But you don't recall the name of his company? |
| 15:21:17 | 5 | A   No. |
| 15:21:21 | 6 | Q   Do you know anyone who knows Carlos? |
| 15:21:27 | 7 | A   No. |
| 15:21:27 | 8 | Q   Have you spoken with Carlos since you bought |
| 15:21:29 | 9 | your house? |
| 15:21:30 | 10 | A   No. |
| 15:21:36 | 11 | MS. OAKLEY:  I think that's all that I have. |
| 15:21:43 | 12 | MR. STEINHEIMER:  Should we take -- I have |
| 15:21:45 | 13 | probably a half-hour, maybe a little longer. |
| 15:21:49 | 14 | THE VIDEOGRAPHER:  Okay. |
| 15:21:52 | 15 | MR. STEINHEIMER:  I probably need a microphone |
| 15:21:53 | 16 | at a break. |
| 15:21:55 | 17 | THE VIDEOGRAPHER:  Yes.  Absolutely, yes.  We |
| 15:21:56 | 18 | are now going off the video record.  The time is 3:21 |
| 15:21:59 | 19 | p.m. |
| 15:22:00 | 20 | (Recess.) |
| 15:22:00 | 21 | (Mr. Martinez did not return to |
| 15:31:36 | 22 | the proceedings.) |
| 15:31:36 | 23 | THE VIDEOGRAPHER:  We are now back on the video |
| 15:31:38 | 24 | record.  The time is 3:31 p.m. |
| 15:31:38 | 25 | EXAMINATION |

126

MERCEDES HERRERA                                    7/30/2010

| | |
|---|---|
| 15:50:42 | 1 |
| 15:50:46 | 2 |
| 15:50:51 | 3 |
| 15:51:00 | 4 |
| 15:51:07 | 5 |
| 15:51:12 | 6 |
| 15:51:19 | 7 |
| 15:51:19 | 8 |
| 15:51:22 | 9 |
| 15:51:24 | 10 |
| 15:51:28 | 11 |
| 15:51:30 | 12 |
| 15:51:30 | 13 |
| 15:51:34 | 14 |
| 15:51:38 | 15 |
| 15:51:46 | 16 |
| 15:51:47 | 17 |
| 15:51:47 | 18 |
| 15:51:50 | 19 |
| 15:51:51 | 20 |
| 15:51:59 | 21 |
| 15:52:03 | 22 |
| 15:52:03 | 23 |
| 15:52:07 | 24 |
| 15:52:08 | 25 |

1      Q    Did you sign this document on September 7th of

2    2005?

3      A    When they called me to sign, I was given many

4    papers, and they just said "Sign here," "Sign here,"

5    "Sign here," "Sign here," and that's it.  And I asked

6    about whether I should date it, and I was told not to

7    worry.

8      Q    Okay.  So is that date that's written in that

9    box, that's not your handwriting?

10      A    The numbers aren't.

11      Q    Okay.  Do you know what day you signed this

12    document?

13      A    I don't recall.

14      Q    You see the lower right-hand corner, it says

15    "K&L Mortgage Service Inc."?  Do you see that,

16    Ms. Herrera?

17      A    Yes.

18      Q    Is that the company that Carlos worked for?

19      A    No.

20      Q    Prior to signing that third page of Exhibit 5,

21    did you read the document?

22      A    No.

23      Q    Do you understand where the information in the

24    document came from?

25      A    No.

139

| | |
|---|---|
| 15:52:13  1 | Q   Do you believe that this information in the |
| 15:52:17  2 | document came from a conversation that you had with |
| 15:52:21  3 | somebody from K&L Mortgage Service? |
| 15:52:25  4 | MR. KENNEDY:  Calls for speculation. |
| 15:52:31  5 | Go ahead and answer if you can. |
| 15:52:33  6 | THE WITNESS:  I was asked whether I know about |
| 15:52:40  7 | this company? |
| 15:52:42  8 | BY MR. STEINHEIMER: |
| 15:52:42  9 | Q   I'm trying to ask you if you know where the |
| 15:52:44 10 | information came from.  I believe that you testified |
| 15:52:47 11 | earlier that you had provided information over the |
| 15:52:50 12 | telephone to somebody with respect to your address, |
| 15:52:57 13 | income information, and the like, and that they prepared |
| 15:53:02 14 | this document. |
| 15:53:05 15 | MR. KENNEDY:  Objection.  Misstates testimony. |
| 15:53:07 16 | BY MR. STEINHEIMER: |
| 15:53:08 17 | Q   So I'm trying to confirm that that's correct or |
| 15:53:11 18 | not.  Maybe I misunderstood. |
| 15:53:12 19 | A   Yes, it was by phone. |
| 15:53:14 20 | Q   Okay.  Can you take a look at this document now |
| 15:53:18 21 | and tell me if there's anything in it that you believe |
| 15:53:21 22 | is inaccurate. |
| 15:53:25 23 | MR. KENNEDY:  Take your time.  A lot of |
| 15:53:28 24 | information on this document. |
| 15:53:30 25 | THE WITNESS:  Here's my social security number, |

140